■ CANDELARIA LANDERS et al., Respondents, v NEW YORK CITY TRANSIT AUTHORITY, Appellant. — Appeal by defendant from an order of the Supreme Court, Kings County (Held, J.), dated January 26, 1983, which denied its motion to vacate its default in answering. Order affirmed, without costs or disbursements. (*Eaton v Equitable Life Assur. Soc. of U. S.,* 56 NY2d 900.) Mollen, P. J., Titone, Bracken and Brown, JJ., concur.